UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-24479-OTAZO-REYES

<u>CONSENT CASE</u>

SISI LABRADOR, and all others
similarly situated under 29 U.S.C. § 216(b),

     Plaintiff,

v.

LOLA'S GOURMET, LLC,
ERNESTO LEFRANC, individually, and
DOLORES LEFRANC, individually,

     Defendants.

_____/



CLOSED
CIVIL
CASE

**<u>ORDER OF DISMISSAL</u>**

THIS CAUSE is before the Court for Fairness Hearing on July 9, 2018.   Having reviewed

the Settlement Agreement between Plaintiff Sisi Labrador ("Plaintiff") and Defendants Lola's

Gourmet, LLC; Ernesto Lefranc; and Dolores Lefranc ("Defendants"), it appears to the Court that

due cause exists to approve the settlement and dismiss the case with prejudice regarding Plaintiff's

claims against Defendants with the Court to retain jurisdiction to enforce the terms of the

Settlement Agreement through September 30, 2018.   Therefore, it is

ORDERED AND ADJUDGED that the Settlement Agreement is hereby APPROVED by

the Court pursuant to <u>Lynn's Food Stores, Inc. v. U.S. Dep't of Labor</u>, 679 F.2d 1350 (11th Cir.

1982), and this action is DISMISSED WITH PREJUDICE with the Court *to retain jurisdiction to*

enforce the terms of the Settlement Agreement through September 30, 2018.   The parties shall

finalize the settlement through the exchange of consideration as contemplated in the Settlement

Agreement.   Each party shall bear its own costs and attorney's fees, except as otherwise stated in

the Settlement Agreement.   All pending motions are DENIED AS MOOT and this case is

CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of July, 2018.


_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record