UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 17-24479-CIV-OTAZO-REYES
[Consent Case]

SISI LABRADOR, and
all others similarly situated under
29 U.S. C. § 216(b),

    Plaintiff,

vs.

LOLA'S GOURMET, LLC,
ERNESTO LEFRANC, individually, and
DOLORES LEFRANC, individually,

    Defendants.
_____/

## MOTION FOR EXECUTION OF CONSENT JUDGMENT

SISI LABRADOR ("Plaintiff"), by and through undersigned counsel, hereby respectfully moves this Honorable Court to execute the proposed Consent Judgment against Defendants LOLA'S GOURMET LLC, ERNESTO LEFRANC, and DOLORES LEFRANC (collectively "Defendants") filed with this Motion. Plaintiff files this Motion pursuant to this Court's Order granting Plaintiff's Motion for Consent Final Judgment against Defendants (D.E. 40) and states as follows:

1. On November 29, 2019, this Honorable Court entered an Order (D.E. 40) granting Plaintiff's Motion for Consent Judgment against Defendants.

2. The Order (D.E. 40) stated the Consent Judgment would be entered against all Defendants in the amounts of $3,750.00 due to Plaintiff Sisi Labrador and $5,250.00 due to Plaintiff's counsel.

3. In order for Plaintiff and her counsel to move forward with a collections' effort on these outstanding monies, execution of the proposed Consent Judgment is needed.

4. The proposed Consent Judgment is attached hereto as Exhibit A.

**WHEREFORE**, Plaintiff hereby requests that this Honorable Court execute the attached Consent Judgment

Dated: March 4, 2019

Respectfully submitted,

*/s/ Brody M. Shulman*

J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pererabarnhart.com
Valerie Barnhart, Esq.
Florida Bar No.88549
valerie@pererabarnhart.com
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pererabarnhart.com
Waynice A. Green, Esq.
Florida Bar No. 116175
Waynice@pererabarnhart.com

**PERERA BARNHART, P.A.**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: 786-485-5232
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

*/s/ Brody M. Shulman*
Brody M. Shulman, Esq.
Florida Bar No. 92044
bordy@pererabarnhart.com

## SERVICE LIST

Lola's Gourmet, LLC
2860 Coral Way
Miami, FL 33145
info@lolas-gourmet.com
deloresibiza@hotmail.com
(305) 972-1311

Ernesto Lafranc
2860 Coral Way
Miami, FL 33145

Dolores Lafranc
2860 Coral Way
Miami, FL 33145
*Defendants*

*Via CM/ECF*